UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROSE MARY KALANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JON'S AUTOMOTIVE INC. dba JON'S PIT STOP 2; JONATHAN C. LUY, Trustee of THE LUY 1996 REVOCABLE TRUST; POLLY K. LUY, Trustee of THE LUY 1996 REVOCABLE TRUST;<br><br>　　　　Defendants. | CIV. NO. 2:17-338 WBS GGH<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

　　　　The court has determined that this case is appropriate for an early settlement conference and will refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral. The parties shall

1

1 carefully review and comply with Local Rule 271, which outlines
2 the specifications and requirements of the VDRP.
3     2.   Any party that objects to this referral to the
4 VDRP shall file its objections within seven (7) days of this
5 Order.  Such objections shall clearly outline why that party
6 believes that the action is not appropriate for referral to the
7 VDRP.
8     3.   To avoid the unnecessary expenditure of costs and
9 attorneys' fees, this action is hereby stayed to provide the
10 parties time to complete the VDRP session.  No later than five
11 (5) days after completion of the VDRP session, the parties shall
12 file a joint statement indicating whether a settlement was
13 reached.
14     4.   The parties shall complete the VDRP session no
15 later than July 28, 2017.  The court hereby resets the Status
16 (Pretrial Scheduling) Conference for August 28, 2017.  If a
17 settlement is not reached through VDRP, the parties shall submit
18 an Amended Joint Status Report no later than August 14, 2017.
19     IT IS SO ORDERED.
20 Dated:  May 26, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE