UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROSE MARY KALANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JON'S AUTOMOTIVE INC. dba JON'S PIT STOP 2; JONATHAN C. LUY, Trustee of THE LUY 1996 REVOCABLE TRUST; POLLY K. LUY, Trustee of THE LUY 1996 REVOCABLE TRUST;<br><br>　　　　Defendants. | CIV. NO. 2:17-338 WBS GGH<br><br>ORDER |

----oo0oo----

Because plaintiff has filed an objection to VDRP Referral (Docket No. 14), the court hereby VACATES the portion of the May 26, 2017, Order (Docket No. 13) referring this case to VDRP.

The Status (Pretrial Scheduling) Conference shall remain set for August 28, 2017. The parties shall submit an Amended Joint Status Report in compliance with the Order setting the initial status conference (Docket No. 3) no later than August

1

14, 2017.  A personal appearance by counsel will be required at the status conference.

IT IS SO ORDERED.

Dated:  June 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE