1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@mission.legal

5  Attorney for Plaintiff
   Rose Mary Kalani

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE MARY KALANI, | No. 2:17-cv-00338-WBS-GGH |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| JON'S AUTOMOTIVE INC. dba JON'S PIT STOP 2, et al.; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Rose Mary Kalani ("Plaintiff"), and Defendants, Jon's Automotive Inc. dba Jon's Pit Stop 2; Jonathan C. Luy, Trustee of the Luy 1996 Revocable Trust, and Polly K. Luy, Trustee of the Luy 1996 Revocable Trust (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Status (Pretrial Scheduling) Order dated August 18, 2017 (Dkt. 19) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: September 14, 2017                    MISSION LAW FIRM, A.P.C.

                                             */s/ Zachary M. Best*
                                             Zachary M. Best
                                             Attorneys for Plaintiff,
                                             Rose Mary Kalani

Dated: September 14, 2017                    VAUGHAN & ASSOCIATES

                                             */s/ Cris C. Vaughan*
                                             Cris C. Vaughan
                                             Attorneys for Defendants,
                                             Jon's Automotive Inc. dba Jon's Pit Stop 2;
                                             Jonathan C. Luy, Trustee of the Luy 1996
                                             Revocable Trust, and Polly K. Luy, Trustee of the
                                             Luy 1996 Revocable Trust

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: September 14, 2017
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE